UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

**Case Number: 20-60569-CIV-MARTINEZ-REID**

JEAN JAMESON,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER DENYING MOTION FOR
PERMISSION TO APPEAL *IN FORMA PAUPERIS***

THIS MATTER is before the Court on Petitioner's motion for permission to appeal *in forma pauperis*. [ECF No. 18]. Upon due consideration of the record, including this Court's Order adopting the Magistrate Judge's recommendation that no certificate of appealability issue, the Court **denies** the motion.

Where a party has "moved for leave to proceed on appeal IFP, the appeal is . . . subject to a frivolity determination." *United States v. Johnson*, No. 17-11911-C, 2017 WL 5125643, at *3 (11th Cir. Aug. 21, 2017); *see* 28 U.S.C. § 1915(e)(2)(B). "[A]n action is frivolous if it is without arguable merit either in law or fact." *Johnson*, 2017 WL 5125643, at *3 (quoting *Napier v. Preslicka*, 314 F.3d 528, 531 (11th Cir. 2002). That is the case here, as explained in the Magistrate Judge's report and recommendation, which the Court adopted. [ECF Nos. 7, 11].

Accordingly, it is

**ORDERED AND ADJUDGED** that Petitioner's motion for permission to appeal *in forma pauperis* [ECF No. 18] is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of September, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reid
All Counsel of Record
Jean Jameson, *pro se*